
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/17/08
68

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **CHARLES TOBEY** | **CIVIL DOCKET NO. 06-1562** |
| **VERSUS** | **JUDGE HAIK** |
| **ATWOOD OCEANICS INC.** | **MAGISTRATE JUDGE METHVIN** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### R U L I N G

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Defendant Atwood Oceanics Management L.P.'s Motion for Summary Judgment [Doc. 62] is hereby GRANTED and dismissed WITHOUT PREJUDICE. Defendant Atwood Oceanics Inc.'s Motion for Summary Judgment [Doc. 64] is hereby GRANTED and dismissed WITHOUT PREJUDICE

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 17th day of July, 2008.

RICHARD T. HAIK, SR.
CHIEF JUDGE
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA